## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03317-NYW

SERINA MINELLA;
MELANIE ANN SHELTON, parent of Jeremy Warren Patscheck, and
Personal Representative of the Estate of Jeremy Warren Patscheck, deceased;
DAVID PATSCHECK, parent of Jeremy Warren Patscheck, deceased,

    Plaintiffs,

v.

CITY OF NORTHGLENN, a Colorado municipal corporation;
JAMES GARDNER, in his individual capacity;
NATHAN GALLUZZO, in his individual capacity;
ZACHERY SCHIEFERECKE, in his individual capacity;
EMIL CZERNICKI, in his individual capacity,

    Defendants.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs **SERINA MINELLA, MELANIE ANN SHELTON, and DAVID PATSCHECK**, by their undersigned attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby give notice of the dismissal with prejudice of the above referenced action.

Respectfully submitted,

/s/ Clifford A. Beem
*Clifford A. Beem*
Beem & Isley, P.C.
730 Seventeenth Street
Denver, Colorado 80202
Telephone: (303) 894-8100
Facsimile:  (303) 894-8200
E-mail: clbeem@beemlaw.net

/s/ S. Birk Baumgartner
*S. Birk Baumgartner*
Baumgartner Law, L.L.C.
300 East Hampton Avenue, Ste. 401
Englewood, Colorado 80113
Telephone: (720) 626-9418
Facsimile:  (720) 634-1018
E-mail: birk@baumgartnerlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 31st day of January, 2020, I electronically filed a true and exact copy of the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Thomas S. Rice
SGR, LLC
Email: trice@sgrllc.com
*Attorneys for Defendant City of Northglenn*

Jonathan M. Abramson
Kissinger & Fellman, P.C.
Email: jonathan@kandf.com
*Attorneys for Defendant Zachery Schieferecke*

/s/ Dee L. Farris
Legal Secretary to Clifford L. Beem
Email: dlfarris@beemlaw.net